

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Stephen Clark Webb  **v.**  The State of Texas

Appellate case number:   01-14-00174-CR

Trial court case number:  1389676

Trial court:                    337th District Court of Harris County

Date motion filed:          May 1, 2015

Party filing motion:         Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: _____/s/ Harvey Brown_____
                            ☒ Acting individually     ☐   Acting for the Court

Panel consists of: Chief Justice Radack and Justices Brown and Lloyd


Date: _____May 28, 2015_____